# Third District Court of Appeal

## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2252
Lower Tribunal No. 19-918
_____

## Rodolfo J. Salgado-Martinez, et al.,
Appellants,

vs.

## SafePoint Insurance Company,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull and Veronica Diaz, Judges.

Rodriguez Tramont & Núñez, P.A., and Andrew V. Tramont, Paul M. Núñez and Paulino A. Núñez, Jr., for appellants.

Bickford & Chidnese, LLP and Patrick M. Chidnese (Tampa); Cole, Scott & Kissane, P.A., and George A. Hooker, for appellee.

Before LOGUE, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.